# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Clean Water Action, et al. vs. Michael S. Regan, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2246 **for the following party(s): (please specify)**

Clean Water Action, Sierra Club, Diné Citizens Against Ruining Our Environment, Waterkeeper Alliance, Inc., and Natural Resources Defense Council, Inc.

☐ Appellant(s)  ☑ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Lauren Piette   s/: Lauren Piette
Firm Name: Earthjustice
Business Address: 311 S. Wacker Drive, Suite 1400
City/State/Zip: Chicago/IL/60606
Telephone Number (Area Code): (312) 500-2193
Email Address: lpiette@earthjustice.org

## CERTIFICATE OF SERVICE

☑ I hereby certify that on June 27, 20__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: